*compare, Matter of Emanuel S. v Joseph E.*, 78 NY2d 178). (Appeal from Order of Erie County Family Court, Honan, J.— Custody.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ In the Matter of LINDA STEWART, Appellant, v LEE ZIGMANT, Respondent. (Appeal No. 2.) [605 NYS2d 993] —Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Stewart v Zigmant* ([appeal No. 1] 198 AD2d 883 [decided herewith]). (Appeal from Order of Erie County Family Court, Honan, J.—Custody.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ In the Matter of LINDA STEWART, Appellant, v JOHN ZIGMANT, Respondent. (Appeal No. 3.) [605 NYS2d 993] —Order unanimously reversed on the law without costs and amended petition reinstated. Same Memorandum as in *Matter of Stewart v Zigmant* ([appeal No. 1] 198 AD2d 883 [decided herewith]). (Appeal from Order of Erie County Family Court, Honan, J.— Custody.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ In the Matter of LINDA STEWART, Appellant, v LEE ZIGMANT, Respondent. (Appeal No. 4.) [605 NYS2d 994] —Order unanimously reversed on the law without costs and amended petition reinstated. Same Memorandum as in *Matter of Stewart v Zigmant* ([appeal No. 1] 198 AD2d 883 [decided herewith]). (Appeal from Order of Erie County Family Court, Honan, J.— Custody.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ KENNETH S. WYLIE, Respondent, v CONSOLIDATED RAIL CORPORATION, Also Know as CONRAIL, Appellant. [605 NYS2d 700] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court properly directed defendant to produce the entire contents of its internal accident investigation file. Defendant's argument that plaintiffs' discovery requests are overly broad is not properly before this Court. That argument was not raised before Supreme Court. In any event, there is no merit to that argument *(see, Engel v Hagedorn,* 170 AD2d 301; *Sisters of St. Francis of Holy Name Province v Daemen Coll.,* 168 AD2d 897).

We further reject defendant's contention that the files are exempt from disclosure pursuant to CPLR 3101 (d) (2). That